IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC WM. WARNER,

    Plaintiff,           No. CIV S-07-1865 LEW GGH P

  vs.

KATHY PROSPER, et al.,

    Defendants.        ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On October 18, 2007, the court found that plaintiff's complaint stated a colorable claim for relief and ordered service.

        On December 10, 2007, plaintiff filed a motion for a preliminary injunction. In this motion and his complaint, plaintiff alleges that he is disabled and must shower daily or else his amputated leg becomes very painful. Plaintiff alleges that prison officials at High Desert State Prison have not provided him with daily showers or a disability-accessible shower. Plaintiff also claims that prison officials are now threatening to transfer him to another prison in retaliation for filing this lawsuit, rather than accommodating his disability.

        The court intends to act on plaintiff's motion for injunctive relief within twenty days. Defendants have not been served and are not required to appear. If defendants wish to take

1

any position with respect to plaintiff's request, they may do so within twenty days of the date of this order.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants are granted twenty days from the date of this order to respond to plaintiff's motion for injunctive relief;

2. The Clerk of the Court is directed to electronically serve this order on Supervising Deputy Attorney General Stephen Acquisto.

DATED: 01/09/08

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

war1865.ord