1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ERIC WM. WARNER,

11           Plaintiff,                    No. CIV S-07-1865 LEW GGH P

12        vs.

13   KATHY PROSPER, et al.,

14           Defendants.                   ORDER

15   _____/

16           On January 31, 2008, defendants filed a motion to dismiss.  Plaintiff has not filed

17   an opposition.  However, on January 28, 2008, plaintiff filed a notice of change of address.

18   Defendants' motion was not served at plaintiff's new address.

19           Accordingly, IT IS HEREBY ORDERED that within five days of the date of this

20   order, defendants shall re-serve plaintiff with the motion to dismiss at his new address;

21   defendants shall file proof of service within that time as well.

22   DATED:  03/11/08

                                           /s/ Gregory G. Hollows
23                                         _____
                                           UNITED STATES MAGISTRATE JUDGE
24

25
     war1865.res
26

1