IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ERIC WM. WARNER,**<br><br>Plaintiff,<br><br>v.<br><br>**KATHY PROSPER, et al.,**<br><br>Defendants. | Case Number: 2:07-CV-1865 LEW GGH<br><br>**ORDER GRANTING DEFENDANT MICHEL'S REQUEST FOR ADDITIONAL TIME TO ANSWER PLAINTIFF'S COMPLAINT** |

Defendant Michel's request for additional time to answer Plaintiff's Complaint in this matter was considered by this Court, and good cause appearing,

IT IS ORDERED that Defendant Michel will not be required to answer Plaintiff's Complaint until ten days after the Court rules on Defendants Prosper, Barnes, and Duncan's pending motion to dismiss.

Dated: 03/17/08         /s/ Gregory G. Hollows
                         U.S. MAGISTRATE JUDGE

war1865.eot

[Proposed] Order

1