IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC WM. WARNER,

    Plaintiff,   No. CIV S-07-1865 JAM GGH P

  vs.

KATHY PROSPER, et al.,

    Defendants.   ORDER
_____/

    On October 23, 2008, the court dismissed all claims against defendants Barnes and Duncan. What now remain are claims alleging violations of the Eighth Amendment, Equal Protection Clause and the ADA against defendants Prosper and Michel for damages.

    Accordingly , IT IS HEREBY ORDERED that within twenty days of the date of this order defendants Michel and Prosper shall file a response to plaintiff's Eighth Amendment, Equal Protection and ADA claims for damages.

DATED: November 5, 2008

                              /s/ Gregory G. Hollows
                              UNITED STATES MAGISTRATE JUDGE

war1865.an

1