IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ERIC WM. WARNER,** | Case Number: 2:07-CV-1865 JAM GGH (P) |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST INTERROGATORIES AND FIRST REQUEST FOR PRODUCTION OF DOCUMENTS** |
| v. | |
| **KATHY PROSPER, et al.,** | |
| Defendants. | |

Defendants Michel and Prosper's request for an extension of time to respond to Plaintiff's first interrogatories and first request for production of documents was considered by this Court, and good cause appearing,

IT IS ORDERED that Defendants Michel and Prosper be allowed an additional forty-five days, to and including March 23, 2009, within which to serve their discovery responses.

There shall be no further extensions.


Dated: February 5, 2009

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

warn1865.eot

1