IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC WARNER,

        Plaintiff,                No. CIV S-07-1865 JAM GGH P

    vs.

KATHY PROSPER, et al.,

        Defendants,         <u>REFERRAL TO MEDIATION</u>

        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. This matter is presently before the undersigned for pretrial proceedings. However, the parties have agreed to participate in the Prison Mediation Program for the Eastern District of California. Good cause appearing, a referral to mediation is approved.

        Accordingly, IT IS HEREBY ORDERED that:

        This matter is referred for mediation with Magistrate Judge Craig Kellison on June 2, 2009, at High Desert State Prison. Attorneys for defendants shall appear with full settlement authority.

DATED: May 27, 2009

                              /s/ Gregory G. Hollows
                              UNITED STATES MAGISTRATE JUDGE